In re Thomas G. WOOLSTON.

No. 05–1341.

United States Court of Appeals,
Federal Circuit.

July 14, 2005.

*ORDER*

Upon consideration of the JOINT MOTION TO DISMISS, filed pursuant to Fed. Cir. R. 27(f), it is hereby ordered that:

(1) the motion is *granted,* and

(2) each side is to bear its own costs.